UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN GADDY, | Case No. 18-cv-04558-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| C. E. DUCART, et al., | |
| Defendants. | |

For the reasons stated in the Order of Dismissal, this action is dismissed. The Clerk shall enter judgment in favor of Defendants and close the file.

**IT IS SO ORDERED.**

Dated: 1/2/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge